UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON BUCKNOR,<br>Plaintiff,<br>v.<br>COUNTY OF CONTRA COSTA, et al.,<br>Defendants. | Case No. 26-cv-08460-RFL<br><br>**ORDER DENYING REQUEST FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND TO SHOW CAUSE**<br><br>Re: Dkt. No. 1 |

Plaintiff alleges that a state court judge issued an order depriving him of physical custody over his daughter. In essence, the entirety of this action challenges the propriety of that and subsequent orders of the state court. The *Rooker-Feldman* doctrine deprives federal courts of jurisdiction to review state court child custody proceedings. *See, e.g.*, *Moore v. Cnty. of Butte*, 547 F. App'x 826, 829 (9th Cir. 2013); *Gomez v. S.D. Fam. Ct.*, 388 F. App'x 685 (9th Cir. 2010). Accordingly, Plaintiff's request for entry of a temporary restraining order is **DENIED** because Plaintiff has not shown a likelihood of success on the merits or a serious question going to the merits. By **September 16, 2026**, Plaintiff shall **SHOW CAUSE**, in writing, why this action should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: August 17, 2026

RITA F. LIN
United States District Judge